UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JOSIE GASTELO,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-01933-JDP (HC)<br><br>ORDER DISCHARGING THE DECEMBER 28, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 5 |

Considering that petitioner has filed an application to proceed *in forma pauperis*, ECF No. 6, the court discharges its December 28, 2021, order to show cause, ECF No. 5.  In due course, the court will review petitioner's application to proceed *in forma pauperis* and screen her petition for a writ of habeas corpus.

IT IS SO ORDERED.

Dated: 　February 3, 2022　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE