UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON, | Case No. 2:21-cv-01933-JDP (HC) |
| Petitioner, | ORDER FINDING THAT THE PETITION IS TIME-BARRED AND GRANTING LEAVE TO AMEND WITHIN THIRTY DAYS |
| v. | |
| JOSIE GASTELO, | ECF No. 1 |
| Respondent. | |

Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. After reviewing the petition, I find that it is time-barred. I will give petitioner an opportunity to amend before recommending that this action be dismissed.

The amended petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The conviction petitioner is challenging was finalized in 1976. ECF No. 1 at 2. He now argues that his conviction should be overturned because he is innocent, but he does not explain what new evidence, if any, supports his claim. *Id.* at 3. Given that more than forty years have passed since petitioner was convicted, his petition appears time-barred. *See Miles v. Prunty*, 187

F.3d 1104, 1105 (9th Cir. 1999) (holding that a "prisoner with a state conviction finalized before April 24, 1996 . . . had until April 23, 1997 to file a federal habeas petition").  Before recommending that this action be dismissed, I will give petitioner an opportunity to amend and to explain why this action should proceed.

It is ORDERED that:

1. Petitioner's application to proceed in forma pauperis, ECF No. 6, is GRANTED.

2. Petitioner may file an amended petition within thirty days of this order's entry.  If he does not, I will recommend that the current petition be dismissed for the reasons stated in this order.

3. The Clerk of Court is directed to send petitioner a federal habeas form.

IT IS SO ORDERED.

Dated:   March 4, 2022                            _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE